# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

Perry Mathis
Clerk

Connie M. Collins
Chief Deputy Clerk

June 4, 2004

Tony Anastas, Clerk of Court
1 Courthouse Way
Boston, Massachusetts, 02210

Case Number: CV-04-H--344-S

Dear Clerk of Court:

In accordance with the order of this court entered May 20, 2004, the above-entitled civil action is transferred to your court for further litigation. Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries, and the original record on file. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

PERRY D. MATHIS, CLERK

By: _____
     Deputy Clerk

PDM:ddr

Enclosures

xc:    Counsel

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
04 MAY 20 PM 3:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

P & S X-RAY CO., INC., )
d/b/a MEDICAL IMAGINING
SYSTEMS, a domestic corporation,)
)
PLAINTIFF, )
)
VS. )   CV-04-H-344-S
)
HOLOGIC, INC., a foreign )
corporation, )
)
DEFENDANT. )

04 11239 RGS

ENTERED
MAY 20 2004

ORDER

The complaint, as amended herein, seeks to redress an alleged wrongful termination of a distributorship franchise which is the subject of an agreement between plaintiff, as the distributor, and defendant, as the manufacturer, of mammography equipment. The complaint has three additional claims associated with the alleged wrongful termination: the first for intentional interference with business relations; the second for fraudulent suppression; and, the third for accounting. The distributorship agreement which is the subject of the claims was entered into between the parties as of October 1, 2001 for the fiscal year ending September 30, 2002 and contained an automatic renewal provision. (Amend. Compl. ¶14) Plaintiff alleges that the agreement was renewed for the fiscal year ending September 30, 2003 pursuant to that renewal provision. (Amend. Compl. ¶17)

A TRUE COPY
PERRY D. MATHIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: Daryl Ramirez
       DEPUTY CLERK

And, plaintiff alleges that the agreement was again renewed for the fiscal year ending September 30, 2004 pursuant to that renewal provision. (Amend. Compl. ¶18) In ¶53 of the amended complaint, plaintiff alleges the distributorship agreement does not expire until September 30, 2004. As its first cause of action, plaintiff seeks damages for a breach of such agreement and a wrongful termination of the distributorship franchise given it under the agreement. As noted earlier, three additional claims associated with the alleged wrongful termination are also asserted in the complaint, as amended.

Paragraph 14(h) of the distributorship agreement which covered fiscal year October 1, 2001 - September 30, 2002 (and hence any agreement resulting from the automatic renewal of that agreement) contained the following provision:

> (h) Governing Law; Jurisdiction. The parties hereby specifically agree that this Agreement shall be governed by and shall be subject to the procedural and substantive laws of the Commonwealth of Massachusetts excluding its conflict of law provisions and the United Nations Convention for the International Sale of Goods. Any action relating to this Agreement, the parties' relationship, or goods or services provided, purchased or licensed hereunder, shall be brought and tried in the state or federal courts residing in the Commonwealth of Massachusetts.

2

(See Exhibit 1 to Affidavit of Mary Echevarria attached to defendant's March 17, 2004 evidentiary submission.)

Based in significant part upon the above forum selection clause, defendant filed on March 17, 2004 a motion to dismiss and alternatively to transfer to the United States District Court for the District of Massachusetts. The parties have presented the court with evidence and briefs supporting and opposing the motion. Following the filing of an amended complaint on May 11, 2004, defendant filed a similar alternative motion. And by its earlier order today, the court treated all evidence and briefs as addressing both motion, which are now under consideration.

Having considered all the foregoing, the court concludes that the forum selection clause is valid and enforceable. See P&S Business Machines, Inc. v. Cannon USA, Inc., 331 F.3d 804 (11th Cir. 2003). Certainly plaintiff has failed to demonstrate "that enforcement would be unreasonable and unjust, or that the clause was invalid for such reasons as fraud or overreaching." See The Bremen v. Zapata Off-Shore Co., 407 U.S. 1, 15 (1971). The alternative motion to transfer this action to the United States District Court for the District of Massachusetts is **GRANTED**, and this action is therefore **TRANSFERRED** to that court for all further proceedings.

DONE this 20th day of May, 2004.

_____
SENIOR UNITED STATES DISTRICT JUDGE

3

```
                                            FILED
                                      IN CLERKS OFFICE
                                                      TERMED TRANSF
              U.S. District Court     2004 JUN -7 P 1:55
    USDC for the Northern District of Alabama (Southern)
                                      U.S. DISTRICT COURT
          CIVIL DOCKET FOR CASE #: 04-CV-343  DISTRICT OF MASS
```

P & S X-Ray Co, Inc v. Hologic, Inc                     Filed: 02/20/04
Assigned to: Judge James H Hancock        Jury demand: Plaintiff
Demand: $0,000                            Nature of Suit: 190
Lead Docket: None                         Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity-Other Contract

                                              04  11239  RGS

P & S X-RAY CO, INC, a            J Gusty Yearout
domestic corporation              414-8199 fax
dba                               [COR]
Medical Imaging Systems           Carol E Lambeth
     plaintiff                    414-8199 fax
                                  [COR]
                                  YEAROUT & TRAYLOR
                                  800 Shades Creek Parkway, Suite
                                  500
                                  Birmingham, AL 35209
                                  414-8160


     v.


HOLOGIC, INC, a foreign           Patricia Clotfelter
corporation                       488-3715 fax
     defendant                    [COR]
                                  Harriet Thomas Ivy
                                  488-3826 fax
                                  [COR]
                                  BAKER DONELSON BEARMAN CALDWELL
                                  & BERKOWITZ PC
                                  SouthTrust Tower, Suite 1600
                                  420 North 20th Street
                                  Birmingham, AL 35203-5202
                                  328-0480

A TRUE COPY
PERRY D. MATHIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: Daryl Ramirez
                    DEPUTY CLERK

Docket as of June 4, 2004 9:58 am                      Page 1

```
Proceedings Include All E    nts.                                    TERMED
2:04cv344 P & S X-Ray Co, Inc v. Hologic, Inc
                                                                     TRANSF

 2/20/04    1    IMG COMPLAINT with req to serve dft by certified mail thereon,
                     filed, amount paid $ 150, receipt # 200-200489 (jlm)
                     [Entry date 02/24/04] [Edit date 02/24/04]

 2/24/04   --        SUMMONS and complaint issued-mailed certified mail (jlm)

 2/26/04    2        SUMMONS and complaint returned executed: upon defendant
                     Hologic Inc thru Dontha Brown on 2/25/04, filed (jlm)

 3/17/04    3    IMG MOTION by defendant to dismiss for improper venue, or, in
                     the alternative, to transfer case filed cs (dr)
                     [Entry date 03/18/04]

 3/17/04    4        BRIEF by defendant in support of motion to dismiss, or in
                     the alternative, motion to transfer filed cs (dr)
                     [Entry date 03/18/04]

 3/17/04    5        SUBMISSION of discovery by defendant in support of motion
                     to dismiss, or in the alternative, motion to transfer filed
                     cs (dr) [Entry date 03/18/04]

 3/19/04    6    IMG ORDER that the pla is directed to file a response to dft's
                     3/17/04 motion by 4/9/04; Cs Mgmt ddl 4/9/04 filed ( by
                     Judge James H. Hancock ) cm (dr)

 4/9/04     7        RESPONSE and brief in opposition by plaintiff to dft's
                     motion to dismiss for improper venue [3-1], motion to
                     transfer case [3-2] filed cs (dr) [Entry date 04/13/04]

 4/13/04   --        DOCKET modification (utility event) Cs Mgmt ddl satisfied
                     4/9/04 (dr)

 4/14/04    8    IMG ORDER that the pla is directed to produce documents
                     referenced within its complaint by 4/21/04; Notice of
                     Compliance ddl 4/21/04; dft is directed to respond to both
                     the pla's response of 4/9/04 as well as to pla's production
                     pursuant to this order; filed (by Judge James H Hancock) cm
                     (dr)

 4/21/04    9        AFFIDAVIT of Marc Schaefer filed with exhibits attached cs
                     (dr) [Entry date 04/22/04]

 4/22/04   --        DOCKET modification (utility event) ; Notice of Compliance
                     ddl satisfied 4/21/04 (dr)

 5/5/04    10        RESPONSE by defendant to pla's response in opposition to
                     dft's motion to dimiss and motion to transfer [7-1] filed
                     cs (dr)

 5/5/04    11        SUBMISSION of discovery by defendant in support of its
                     motion to dismiss and motion to transfer filed cs (dr)

 5/11/04   12    IMG AMENDED complaint filed by plaintiff P & S X-Ray Co, Inc
                     [1-1]; jury demand  filed cs (ma) [Entry date 05/12/04]

Docket as of June 4, 2004 9:58 am                            Page 2
```

Proceedings Include All E~~~ts.                                    TERMED
2:04cv344 P & S X-Ray Co, Inc v. Hologic, Inc
                                                                   TRANSF

5/19/04   13   IMG MOTION by defendant to dismiss pla's amended complaint
                   filed cs (dr)

5/20/04   14   IMG ORDER on the amended complaint, dfts motions to dismiss or
                   transfer; both motions are under submission and no further
                   briefs or evidence will be permitted filed (by Judge James
                   H. Hancock) cm (dr)

5/20/04   15   IMG ORDER granting motion to transfer case [3-2] Case
                   transferred to Dist of: Massachusetts filed (by Judge James
                   H. Hancock) cm; certified copy of order of transfer,
                   certified copy of docket entries, and original record mailed
                   6/4/04 (dr) [Edit date 06/04/04]