AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts (Boston)_____

P&S X-Ray Co., Inc. d/b/a
Medical Imaging Systems, a
domestic corporation,
    Plaintiff  v.

APPEARANCE

Case Number: 1:04-cv-11239-RGS

Hologic, Inc.
    Defendant,

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for **Hologic, Inc.**

  **Assigned to: Judge Richard G. Stearns**

  I certify that I am admitted to practice in this court.

_June 21, 2004_         _Andrew G. Stone_ (signature)
Date                     Signature

                   **Andrew G. Stone**      **481668**
                   Print Name            Bar Number

                   **Hologic, Inc., 35 Crosby Drive**
                   Address

                   **Bedford**        **MA**       **01730**
                   City           State       Zip Code

                   _781-999-7307_      _781-275-0307_
                   Phone Number            Fax Number

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this the 21st day of June, 2004, caused a true and correct copy of the foregoing document to be served by United States mail, first-class postage prepaid, to the following counsel of record for the plaintiff.

Carol E. Lambeth, Esq.
Yearout & Taylor
800 Shades Creek Parkway, Suite 500
Birmingham, AL 35209

J. Gusty Yearout
Yearout & Taylor
800 Shades Creek Parkway, Suite 500
Birmingham, AL 35209

_____
OF COUNSEL