UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 OCT -4 P 3: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| P & S X-RAY Co., INC. d/b/a MEDICAL IMAGING SYSTEMS,<br><br>　　　　　　　　　　Plaintiff<br><br>　v.<br><br>HOLOGIC, INC., et al.<br><br>　　　　　　　　　　Defendants | Civil Action No.<br>1:04-CV-11239-RGS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Gregory T. Arnold on behalf of the Defendant, Hologic, Inc., in the above-captioned matter.

HOLOGIC, INC.,

By its Attorneys,

/s/ Greg Arnold
Gregory T. Arnold, Esquire
BROWN RUDNICK BERLACK ISRAELS, LLP
One Financial Center
Boston, MA 02111
Tel (617) 856-8200
Fax (617) 856-8201

## CERTIFICATE OF SERVICE

I, Gregory T. Arnold, hereby certify that on this 4th day of October, 2004, I served the above-document by causing a true copy thereof to be sent via First Class Mail to:

Mr. J. Gusty Yearout
Ms. Carol R. Lambeth
Yearout & Traylor, P.C.
800 Shades Creek Parkway
Suite 500
Birmingham, Alabama 35209

_____
Gregory T. Arnold

#1303509 v\1 - arnoldgt - rxsl01!.doc!. - 9999/1