IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| P & S X-RAY CO., INC. <br> d/b/a MEDICAL IMAGING SYSTEMS, <br> a domestic corporation, <br><br> Plaintiff, <br><br> v. <br><br> HOLOGIC, INC., et al., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 1:04-CV-11239-RGS <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO WITHDRAW

The law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC ("Baker Donelson"), counsel for Defendant Hologic, Inc. ("Hologic"), hereby requests leave to withdraw as counsel for Hologic. As grounds for this motion, the undersigned would show the Court as follows:

1. Baker Donelson entered an appearance and represented Hologic in this action after it was filed in the United States District Court for the Northern District of Alabama. Subsequently, this action was transferred to this district.

2. Hologic has retained Gregory T. Arnold of Brown, Rudnick, Burlack & Israels, LLP to represent it in this cause of action, and, upon transfer of this action from the Northern District of Alabama, Mr. Arnold entered an appearance in this action.

3. Mr. Arnold will continue to represent Hologic in this action.

4. Accordingly, Baker Donelson's motion to withdraw is due to be granted.

Respectfully submitted,

/s/ Pat Clotfelter
PAT CLOTFELTER
HARRIET THOMAS IVY
Attorneys for Defendant Hologic, Inc.

B HTI 646006 v1
1038751-000001 10/21/04

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served upon the following counsel of record by United States mail on October 21, 2004:

Mr. J. Gusty Yearout
Ms. Carol R. Lambeth
Yearout & Traylor, P.C.
800 Shades Creek Parkway
Suite 500
Birmingham, Alabama 35209

Mr. Andrew G. Stone
Hologic, Inc.
35 Crosby Drive
Bedford, Massachusetts 01730

Mr. Gregory T. Arnold
Brown, Rudnick, Burlack & Israels, LLP
One Financial Center
Boston, Massachusetts 02111

_____
OF COUNSEL

B HTI 646006 v1
1038751-000001 10/21/04