UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| P & S X-RAY Co., INC. d/b/a MEDICAL IMAGING SYSTEMS,<br><br>                    Plaintiff<br><br>          v.<br><br>HOLOGIC, INC., et al.<br><br>                    Defendants | Civil Action No.<br>1:04-CV-11239-RGS |

HOLOGIC, INC.'S
LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with a view to establishing a

budget for the costs of conducting the full course, and alternative courses, of the litigation, and

have also conferred with respect to resolution of the litigation through the use of alternative

dispute resolution programs.

BROWN RUDNICK BERLACK ISRAELS, LLP          HOLOGIC, INC.,

_____          _____
Gregory T. Arnold, Esquire                         Name: Glenn P. Muir
                                                    Title:  Executive Vice President

#1316207 v\1 - arnoldgt - s7lb01!.doc'] - 11648/45