UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| P & S X-RAY Co., INC. d/b/a MEDICAL IMAGING SYSTEMS,<br><br>　　　　　　　　　　　Plaintiff<br>　　v.<br><br>HOLOGIC, INC., et al.<br><br>　　　　　　　　　　　Defendants | Civil Action No.<br>1:04-CV-11239-RGS |

## STIPULATION OF DISMISSAL

The undersigned parties, by and through their counsel, hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1) that this action shall be dismissed by the Court.

The parties have agreed that each party is to bear its own attorneys' fees and costs. All stays, reports and appeals are waived.

HOLOGIC, INC.,

By its Attorneys,

_[signature]_
M. Frederick Pritzker, Esquire
Gregory T. Arnold, Esquire
BROWN RUDNICK BERLACK ISRAELS, LLP
One Financial Center
Boston, MA 02111
Tel (617) 856-8200
Fax (617) 856-8201

Dated: December 21, 2004

P&S X-RAY CO., INC. d/b/a MEDICAL IMAGING SYSTEMS,

By its Attorneys,

_[signature]_
Genie Lambeth, Esquire
Yearout & Traylor, P.C.
800 Shades Creek Parkway
Suite 500
Birmingham, Alabama 35209
Tel
Fax

I, hereby certify that on this 21st day of December, 2004, I caused a true and correct copy of the foregoing pleading to be served, by facsimile, on counsel for all parties.

_[signature]_
Gregory T. Arnold

#1319455 v\1 - arnoldgt - s@3j01!.doc ? - 11648/45